**2014–0411. State v. Ellis.**

Cuyahoga App. No. 99830, 2014-Ohio-116. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due June 13, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

# CASE ANNOUNCEMENTS

## June 18, 2014

[Cite as *06/18/2014 Case Announcements*, 2014-Ohio-2626.]

## MOTION AND PROCEDURAL RULINGS

**2014–0424. In re Application of Baudendistel.**

This matter is pending before the court upon the report of the Board of Commissioners on Character and Fitness. On May 13, 2014, applicant, Thomas Donald Baudendistel, filed with this court a motion to seal the record.

Upon consideration thereof, it is ordered by the court that the motion is denied.

O'DONNELL and O'NEILL, JJ., dissent and would grant the motion as to the records referencing the Ohio Lawyers Assistance Program.

**2014–0509. In re Application of Grimsley.**

This cause is pending before the court upon the filing of a report by the Board of Commissioners on Character and Fitness. On May 19, 2014, applicant filed a notice of acceptance and motion for expedited consideration.

Upon consideration thereof, it is ordered by the court that the motion is denied.

**2014–0794. State v. Noling.**

Portage App. No. 2011–P–0018, 2014-Ohio-1339. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Ralph I. Miller, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## DISCIPLINARY CASES

**2013–1253. Mahoning Cty. Bar Assn. v. Marrelli.**

The Board of Commissioners on Grievances and Discipline of the Supreme Court of Ohio filed a certification of default in the office of the clerk of this court. On September 23, 2013, this court imposed an interim default-judgment suspension upon respondent, Deneen Marie Marrelli, pursuant to Gov.Bar R. V(6a)(B)(1). Respondent was ordered to show cause why the interim default-judgment suspension should not be converted into an indefinite suspension. Respondent filed objections, relator filed an answer, and this cause was considered by the court.

On consideration thereof, it is ordered by this court that this matter is remanded to the board for the consideration of mitigating evidence only.

The court further orders that the interim default-judgment suspension imposed against respondent on September 23, 2013, shall remain in place while this matter is pending before the board. Proceedings before this court in this case are stayed until further order of this court.